BRYAN KONOSKI, ESQ.
Konoski & Partners, PC
180 Tices Lane
Suite 204, Building A
East Brunswick, NJ 08816
(844) 773-3476
Fax: (917) 456-9387
federalecf@gmail.com
*Attorney(s) for the Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HANSEN, | Case No.: 2:26-cv-00807-DJA |
| Plaintiff, | **MOTION FOR AN EXTENSION OF TIME TO FILE THE PLAINTIFF'S BRIEF ON CONSENT** |
| vs. | |
| FRANK BISIGNANO *Commissioner of the Social Security Administration*, | |
| Defendant | |

**COMES NOW** the Plaintiff, by and through his attorney of record, BRYAN KONOSKI, hereby moves for an extension of time to file the Plaintiff's brief and shows unto the Court as follows:

1. I am a Partner with Konoski & Partners, P.C. d/b/a THE FEDERAL APPEALS FIRM.

2. I am the Plaintiff's attorney.

3. The Plaintiff's brief is due on **June 18, 2026**.

4. I am asking the Court to grant a **sixty (60) day** extension of time to file the Plaintiff's brief, up to and including **August 17, 2026**. The bases for this request are set forth below.

5. **This is Plaintiff's 1st request for an extension of time in this matter.** Undersigned counsel respectfully submits that **good cause exists** for the requested extension. Counsel

currently carries a **heavy federal caseload with multiple conflicting briefing deadlines** in other Social Security disability matters pending before various federal district courts. Despite diligent efforts, the volume and complexity of these concurrent obligations **make it impracticable to file a thorough and adequate brief** by the current deadline.

6.  I consulted with the Defense regarding this request. The Defense **<u>consents</u>** to the 60-day extension of time to file the Plaintiff's brief.

Dated: June 18, 2026

Respectfully submitted,

<u>s/ Bryan Konoski</u>

By: Bryan Konoski, Esq.
*Attorney(s) for the Plaintiff*
Konoski & Partners, PC
180 Tices Lane
Suite 204, Building A
East Brunswick, NJ 08816
(844) 773-3476
Fax: (917) 456-9387
federalecf@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JAMES HANSEN,

          Plaintiff,

vs.

FRANK BISIGNANO
*Commissioner of the Social Security Administration*,

          Defendant

Case No.: 2:26-cv-00807-DJA

## ORDER

**WHEREAS** the Plaintiff filed a motion requesting that the Court grant a sixty (60) day extension of time to file the Plaintiff's Brief It is hereby

**ORERE** that the Plaintiff's motion is granted and the Plaintiff is directed to file Plaintiff's Brief by August 17, 2026.

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 6/22/2026

**DECLARATION OF SERVICE**

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age, and practice law with offices located in East Brunswick, NJ. On the 18th day of June 2026, I served the within **MOTION FOR AN EXTENSION OF TIME TO FILE THE PLAINTIFF'S BRIEF,** by: electronically filing said documents with the Clerk of the Court through the ECF system, which was then electronically served upon the Defendant through Defendant's Counsel.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: June 18, 2026

Respectfully submitted,

s/ Bryan Konoski

By: Bryan Konoski, Esq.
*Attorney(s) for the Plaintiff*
Konoski & Partners, PC
180 Tices Lane
Suite 204, Building A
East Brunswick, NJ 08816
(844) 773-3476
Fax: (917) 456-9387
federalecf@gmail.com